COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



## MEMORANDUM ORDER RECALLING MANDATE

Appellate case name:    Johanna Dabbs v. Vincent Calderon

Appellate case number:   01-14-00598-CV

Trial court case number:  2011-76748

Trial court:             333rd District Court of Harris County

On May 20, 2016, mandate in the above-referenced cause issued. On May 25, 2016, Vincent Calderon filed a motion for judgment nunc pro tunc, complaining of a clerical error in the judgment to enforce the judgment against Dabb's surety on her supersedeas bond and for any costs taxed against Dabbs. No response was filed.

After due consideration, the Court is of the opinion that there was a clerical error in the August 18, 2015 judgment of the Court in this cause, specifically, that the Court did not recite therein that judgment was rendered against Dabb's surety on her supersedeas bond for the performance of the judgment and for any costs taxed against Dabbs. This clerical error in the Court's August 18, 2015 judgment was reflected in the May 20, 2016 mandate.

The Court **grants** Calderon's May 25, 2016 motion and **orders** the Clerk of this Court to recall the mandate issued in this case on May 20, 2016. It is further **ordered** that the Clerk of this Court instruct the clerk of the court below immediately to return the recalled mandate to the Clerk of this Court. Execution on this Court's judgment may not commence until the Clerk of this Court issues a new mandate. *See* TEX. R. APP. P. 18.7.

It is so ORDERED.

Judge's signature: /s/ Harvey Brown
            ☑   Acting individually    ☐   Acting for the Court

Date: July 28, 2016